UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SA CV 19-0243-DOC (DFMx)                    Date:  October 18, 2019
          SA CV 19-0317-DOC (DFMx)
          SA CV 19-0530-DOC (DFMx)
          SA CV 19-0531-DOC (DFMx)
          SA CV 19-0677-DOC (DFMx)
          SA CV 19-0776-DOC (DFMx)
          SA CV 19-0777-DOC (DFMx)
          SA CV 19-0789-DOC (DFMx)
          SA CV 19-0803-DOC (DFMx)
          SA CV 19-0804-DOC (DFMx)
          SA CV 19-1000-DOC (DFMx)
          SA CV 19-1011-DOC (DFMx)
          SA CV 19-1342-DOC (DFMx)

Title:  ABC SERVICES GROUP, INC. V HEALTH NET OF CALIFORNIA, INC., ET AL
        ABC SERVICES GROUP, INC. V HUMANA BEHAVIORAL HEALTH, INC. ET AL
        ABC SERVICES GROUP, INC. V BLUE SHIELD LIFE AND HEALTH INSURANCE COMPANY, ET AL
        ABC SERVICES GROUP, INC. V UNITED HEALTHCARE SERVICES, INC., ET AL
        ABC SERVICES GROUP, INC. V ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ET AL
        ABC SERVICES GROUP, INC. V HEALTH CARE SERVICE CORPORATION
        ABC SERVICES GROUP, INC. V AETNA HEALTH AND LIFE INSURANCE COMPANY
        ABC SERVICES GROUP, INC. V BLUE CROSS AND BLUE SHIELD OF ALABAMA
        ABC SERVICES GROUP, INC. V USABLE MUTUAL INSURANCE COMPANY, ET AL
        ABC SERVICES GROUP, INC. V BLUE CROSS BLUE SHIELD OF TENESSEE, INC., ET AL
        ABC SERVICES GROUP, INC. V HEALTH NET HEALTH PLAN OF OREGON, INC., ET AL
        ABC SERVICES GROUP, INC. V HEALTH NET OF ARIZONA, INC., ET AL
        HEALTH NET LIFE INSURANCE COMPANY V ABC SERVICES GROUP, INC., ET AL

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case Nos. SA CV 19-0243-DOC (DFMx)<br>SA CV 19-0317-DOC (DFMx)<br>SA CV 19-0530-DOC (DFMx)<br>SA CV 19-0531-DOC (DFMx)<br>SA CV 19-0677-DOC (DFMx)<br>SA CV 19-0776-DOC (DFMx)<br>SA CV 19-0777-DOC (DFMx)<br>SA CV 19-0789-DOC (DFMx)<br>SA CV 19-0803-DOC (DFMx)<br>SA CV 19-0804-DOC (DFMx)<br>SA CV 19-1000-DOC (DFMx)<br>SA CV 19-1011-DOC (DFMx)<br>SA CV 19-1342-DOC (DFMx) | Date: October 18, 2019<br>Page 2 |

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Craig B. Garner | Ileana M. Hernandez |
| Rochelle J. Bioteau | Samuel A. Canales |
| Franklin Joseph Contreras, Jr. | Ronald K. Alberts |
| | Daniel M. Glassman |
| | Steven D. Allison |
| | Virginia Bell Flynn |
| | Chad R. Fuller |
| | Amir Shlesinger |
| | John Shaeffer |
| | Neil J. Barker |
| | Michael A. Naranjo |
| | Jason Yon-Wai Wu |
| | Jason Jonathan Kim |
| | John B. Shely |

**PROCEEDINGS: SCHEDULING CONFERENCE**

Special Master Stephen G. Larson also present.

The Court resets all pending motions to November 18, 2019 at 8:30 a.m. Counsel waive oral argument. The Court takes the motions UNDER SUBMISSION.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case Nos.   SA CV 19-0243-DOC (DFMx) | Date: October 18, 2019 |
| SA CV 19-0317-DOC (DFMx) | Page 3 |
| SA CV 19-0530-DOC (DFMx) | |
| SA CV 19-0531-DOC (DFMx) | |
| SA CV 19-0677-DOC (DFMx) | |
| SA CV 19-0776-DOC (DFMx) | |
| SA CV 19-0777-DOC (DFMx) | |
| SA CV 19-0789-DOC (DFMx) | |
| SA CV 19-0803-DOC (DFMx) | |
| SA CV 19-0804-DOC (DFMx) | |
| SA CV 19-1000-DOC (DFMx) | |
| SA CV 19-1011-DOC (DFMx) | |
| SA CV 19-1342-DOC (DFMx) | |

Case number SA CV 19-0243-DOC (DFMx) shall be consolidated with case numbers SA CV 19-0317-DOC (DFMx), SA CV 19-0530-DOC (DFMx), SA CV 19-0531-DOC (DFMx), SA CV 19-0677-DOC (DFMx), SA CV 19-0776-DOC (DFMx), SA CV 19-0777-DOC (DFMx), SA CV 19-0789-DOC (DFMx), SA CV 19-0803-DOC (DFMx), SA CV 19-0804-DOC (DFMx), SA CV 19-1000-DOC (DFMx), SA CV 19-1011-DOC (DFMx). Case number SA CV 19-1342-DOC (DFMx) shall not be consolidated.

**All future filings shall be filed only under the low number case, SA CV 19-0243-DOC (DFMx)**. Case numbers SA CV 19-0317-DOC (DFMx), SA CV 19-0530-DOC (DFMx), SA CV 19-0531-DOC (DFMx), SA CV 19-0677-DOC (DFMx), SA CV 19-0776-DOC (DFMx), SA CV 19-0777-DOC (DFMx), SA CV 19-0789-DOC (DFMx), SA CV 19-0803-DOC (DFMx), SA CV 19-0804-DOC (DFMx), SA CV 19-1000-DOC (DFMx), SA CV 19-1011-DOC (DFMx). shall be CLOSED (JS-6).

The Court sets the following case management dates:

| | |
|---|---|
| Fact Discovery: | June 1, 2020 |
| Motion cut-off: | August 3, 2020 at 8:30 a.m. |
| Final Pretrial Conference: | September 14, 2020 at 8:30 a.m. |
| Bench Trial: | October 6, 2020 at 8:30 a.m. |